IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JERRY STULL, )
)
    Petitioner, )
)
v. ) Civil Action No. 3:25-cv-707–HEH
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

## MEMORANDUM OPINION
(Dismissing 28 U.S.C. § 2241 Petition Without Prejudice)

Petitioner, Jerry Stull, a federal inmate proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition ("§ 2241 Petition," ECF No. 1) to the United States District Court for the Eastern District of Pennsylvania ("Pennsylvania District Court").[1] By Order entered on September 2, 2025, the Pennsylvania District Court concluded the § 2241 Petition was in fact and substance a 28 U.S.C. § 2255 motion and transferred the § 2241 Petition to this Court. (ECF No. 3.) Stull, however, already has a 28 U.S.C. § 2255 motion pending in his criminal case in the Newport News Division of this Court. (*United States v. Stull*, 4:23-cr-89-HEH-1 (E.D. Va.), ECF No. 41.)

The relevant statutes governing 28 U.S.C. § 2255 motions do not permit individuals to litigate multiple 28 U.S.C. § 2255 motions simultaneously. Furthermore, the Court is reluctant to convert his § 2241 Petition into a 28 U.S.C. § 2255 motion. *Cf.*

---

[1] Stull pled guilty in the United States District for the Eastern District of Virginia, Newport News Division, without the benefit of plea agreement, to possession of firearm by a felon. *United States v. Stull*, No. 24-4340, 2025 WL 2269774, at *1 (4th Cir. Aug. 8, 2025).

*United States v. Blackstock*, 513 F.3d 128, 132–33 (4th Cir. 2008) (explaining that the district court must advise inmates of the consequences of filing a § 2255 motion before converting a mislabeled post-conviction motion into a motion pursuant to § 2255). Accordingly, the Court will dismiss the § 2241 Petition without prejudice to Stull's filing of a single, amended 28 U.S.C. § 2255 motion raising all his claims that he wishes to raise in his criminal case in the Newport News Division of this Court.

An appropriate Order will accompany this Memorandum Opinion.

Date: Oct. 16, 2025
Richmond, Virginia

/s/
Henry E. Hudson
Senior United States District Judge